UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MICHAEL O'TOOLE ) | Case No. 09-32734 |
| ) | |
| Debtor ) | Chapter 7 |
| _____ ) | |

Comes the Trustee, Thomas W. Frentz, and in response to the "Cases Penidng 24-Months Report" issued by the Court on or about June 11, 2013, states that the Trustee is a Plaintiff in the action pending in the Jefferson (Kentucky) Circuit Court styled *Thomas W. Frentz, Trustee for Michael O'Toole v. St. Xavier High School,* Case No.10-CI-3652. Currently, the case is set for a six-day trial beginning on November 19, 2013. The above-styled bankruptcy case must remain open pending the disposition of the underlying civil action.

Respectfully submitted,

/s/Thomas W. Frentz
Thomas W. Frentz
2500 Brown & Williamson Tower
Louisville, Kentucky 40202
(502) 584-1135
Email: trentz@middreut.com
Trustee for Michael O'Toole

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served either via electronic mail or by U.S. mail, postage prepaid upon Joseph J. Golden, Assistant U.S. Trustee, 601 W. Broadway, Louisville, Kentucky 40202; and Michah Daniels, Esq., 401 W. Main Street, Suite 801, Louisville, KY 40202 this 19thday of July 2013.

/s/Thomas W. Frentz
Thomas W. Frentz